UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------X

James S. Hawkins-El III and Valerie Gaston

    Plaintiff,

-against-

AIG FEDERAL SAVINGS BANK

    Defendant.

---------------------------------------X

Affirmation of Service

07 cv 1274 (DLI)(LB)

I, James S. Hawkins-El III, declare under penalty of perjury that I have served a copy of the attached NOTICE OF OBJECTION TO DEFENDANTS MOTION FOR SANCTIONS upon JOY HARMON SPERLING, AMISH R. DOSHI, DAY PITNEY LLP whose address is: P.O. BOX 1945 MORRISTOWN, N.J. 07962

Dated: JULY 13, 2007, New York

"ALL RIGHTS RESERVED"

Signature

159 BCH 97th ST
Address

ROCKAWAY BCH, NY 11693
City, State, Zip Code